IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIUS "JUJU" GOLDRING,<br><br>   Plaintiff,<br><br>v.<br><br>ATLANTA POLICE DEPARTMENT OFFICERS VLADIMIR HENRY and JUAN RESTREPO, in their individual capacities,<br><br>   Defendant. | CIVIL ACTION FILE NO:<br><br>1:18-cv-1191-WMR |

## ORDER

This matter is before the Court on Defendants' Motion for Summary Judgment [Doc. 50]. After due consideration of the motion and oral argument by both parties before this Court on September 4, 2019, the Court enters the following Order.

As the evidence on the record reflects that issues of fact still remain, the Court finds that summary judgment is not proper at this time. Accordingly, Defendants' Motion for Summary Judgment [Doc. 50] is **DENIED**.

SO ORDERED this 4th day of September, 2019.

*/s/ William M. Ray II*
_____
WILLIAM M. RAY, II
United States District Court Judge