IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIUS "JUJU" GOLDRING, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ATLANTA POLICE DEPARTMENT ) <br> OFFICERS VLADIMIR HENRY and ) <br> JUAN RESTREPO, in their individual ) <br> Capacities, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action File No <br> 1:18-CV-01191-WMR |

## DEFENDANTS' NOTICE OF APPEAL

Please take notice that pursuant to 28 U.S.C.A. § 1291 and *Mitchell v. Forsyth*, 105 S.Ct. 2806 (1985), Defendants Investigator Vladimir Henry and Officer Juan Restrepo ("Officers") appeal to the United States Court of Appeals for the Eleventh Circuit the September 4, 2019 Order entered by the U.S. District Court of the Northern District of Georgia denying Defendants' Motion for Summary Judgment, wherein the Court found that the Officers were not entitled to qualified immunity[1].

**RESPECTFULLY SUBMITTED,**

*/s/ Staci J. Miller*
**STACI J. MILLER**

---

[1] Doc. 69.

1

                                          Assistant City Attorney
                                          Georgia Bar No. 601594
                                          sjmiller@atlantaga.gov
                                          (404) 546-4083
                                          *Attorneys for Defendant*

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546-4100

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIUS "JUJU" GOLDRING,               ) | |
|                                    ) | |
|     Plaintiff,                          ) | |
|                                    ) | |
| v.                                              ) | Civil Action File No |
|                                    ) | 1:18-CV-01191-WMR |
| ATLANTA POLICE DEPARTMENT) | |
| OFFICERS VLADIMIR HENRY and ) | |
| JUAN RESTREPO,                        ) | |
|                                    ) | |
|     Defendants.                        ) | |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel to this action with a copy of the foregoing **DEFENDANTS' NOTICE OF APPEAL** via the Court's CM/ECF Electronic Filing System as follows:

Zack Greenamyre, Esq.
MITCHELL & SHAPIRO
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
zack@mitchellshapiro.com

Jeffrey R. Filipovits, Esq
FILIPOVITS LAW FIRM, P.C.
200 Chamblee Tucker Road, Bldg. 1
Atlanta, GA 30541
jeff@law.filipovits.com

Respectfully submitted this 26th day of September, 2019.

                                                         */s/ Staci J. Miller*
                                                         **STACI J. MILLER**

Assistant City Attorney
Georgia Bar No. 601594
[sjmiller@atlantaga.gov](mailto:sjmiller@atlantaga.gov)
(404) 546-4083
***Attorneys for Defendant***