ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING,<br><br>Plaintiff,<br><br>v.<br><br>VLADIMIR HENRY and JUAN RESTREPO,<br><br>Defendants. | CIVIL ACTION NO.<br>1:18-cv-01191-WMR<br><br>FILED IN OPEN COURT<br>U.S.D.C. - Atlanta<br><br>FEB 1 5 2022<br><br>KEVIN P. WEIMER, Clerk<br>By: _____ Deputy Clerk |

## JURY VERDICT

**We, the Jury, find by a preponderance of the evidence:**

1. Has Plaintiff Ju'Zema Goldring proved her claim for malicious prosecution of the trafficking in cocaine charge against Defendant Vladimir Henry?

    Answer Yes or No     __YES.__

2. Has Plaintiff Ju'Zema Goldring proved her claim for malicious prosecution of the pedestrian in the roadway charge against Defendant Vladimir Henry?

    Answer Yes or No     __NO.__

3. Has Plaintiff Ju'Zema Goldring proved her claim for malicious prosecution of the trafficking in cocaine charge against Defendant Juan Restrepo?

    Answer Yes or No     __NO.__

4. Has Plaintiff Ju'Zema Goldring proved her claim for malicious prosecution of the pedestrian in the roadway charge against Defendant Juan Restrepo?

    Answer Yes or No     __NO.__

*If your answer to each of the preceding questions is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to any of the preceding questions is "Yes," go to the next question.*

5. Should Plaintiff Ju'Zema Goldring be awarded compensatory damages against Defendant Vladimir Henry?

    Answer Yes or No        YES.

6. Should Plaintiff Ju'Zema Goldring be awarded compensatory damages against Defendant Juan Restrepo?

    Answer Yes or No        NO.

7. If your answer to Question 5 and/or Question 6 is "Yes," in what amount?

*In Questions 7(a) and 7(b), you should decide the amount of compensatory damages Plaintiff Ju'Zema Goldring should be awarded for the malicious prosecution of the trafficking in cocaine charge separately from the amount of compensatory damages she should be awarded for the malicious prosecution of the pedestrian in the roadway charge. However, should you award damages for both the malicious prosecution of the trafficking in cocaine charge and the malicious prosecution of the pedestrian in the roadway charge, the total recovery Plaintiff would receive would be the amount awarded for the malicious prosecution of the trafficking in cocaine charge.*

    (a) $ 1,500,000 for the malicious prosecution of the trafficking in cocaine charge

    (b) $ 0 for the malicious prosecution of the pedestrian in the roadway charge

8. Should punitive damages be assessed against Defendant Vladimir Henry?

    Answer Yes or No        NO.

9. Should punitive damages be assessed against Defendant Juan Restrepo?

    Answer Yes or No      NO.

**SO SAY WE ALL**, signed and dated, this 15 day of February, 2022.

                                              *Sydney S. Cox*
                                          Foreperson's Signature