## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: |
| ) | 1:18-CV-1191-WMR |
| ATLANTA POLICE DEPARTMENT ) | |
| OFFICERS VLADIMIR HENRY & ) | |
| JUAN RESTREPO, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

**COMES NOW**, Alisha Marie S. Nair and files this Notice of Filing of the following documents:

1. Declaration of Staci J. Miller; and
2. Declaration of Alisha Marie S. Nair

This the 7th day of April 2022.

                                                         Respectfully submitted,

                                                         */s/ Alisha Marie S. Nair*
                                                         **ALISHA MARIE S. NAIR**
                                                         Attorney
                                                         Georgia Bar No. 806033
                                                         amnair@atlantaga.gov

City of Atlanta Department of Law
55 Trinity Avenue, Suite 5000
Atlanta, Georgia 30303
Office: 404-546-4185
Fax: 404-588-3239

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No: |
| ) | 1:18-CV-1191-WMR |
| ATLANTA POLICE DEPARTMENT  ) | |
| OFFICERS VLADIMIR HENRY &  ) | |
| JUAN RESTREPO,  ) | |
| ) | |
| Defendants.  ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties with a copy of the foregoing:

1. *DECLARATION OF STACI J. MILLER; and*

2. *DECLARATION OF ALISHA MARIE S. NAIR*

via the CM/ECF Electronic Filing System upon all counsel of record.

This 7th day of April 2022.

Respectfully Submitted,

*/s/ Alisha Marie S. Nair*
**ALISHA MARIE S. NAIR**
Attorney
Georgia Bar No. 806033
amnair@atlantaga.gov
***Attorney for Defendants***

2