# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:18-cv-01191-WMR |
| ATLANTA POLICE DEPARTMENT ) | |
| OFFICERS VLADIMIR HENRY and ) | |
| JUAN RESTREPO, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF STACI J. MILLER

1.

My name is Staci J. Miller. I have served as lead counsel for the Defendants in this case since April 17, 2019. All matters within this declaration are based upon my personal knowledge.

2.

I am a member in good standing with the State Bar of Georgia. I am admitted to practice in all Georgia state courts, the Northern District of Georgia, and the Eleventh Circuit.

3.

In this case I have had primary drafting responsibility for the following

1

documents: summary judgment motion and reply, notice of appeal, appeal brief and reply, proposed pre-trial order, motions in limine, proposed verdict forms, and other documents in preparation for trial.

4.

I was responsible for oral argument in both the District Court and Eleventh Circuit.

5.

I served as lead counsel at trial and was responsible for the opening statement, voir dire, the cross-examination of Plaintiff, and other issues that arose during trial.

6.

I graduated from the University of Kentucky College of Law in May 2015. Prior to law school, I received my undergraduate degrees, one bachelor of arts degree in English and one bachelor of arts degree in Spanish, from Duke University in May 2011.

7.

During law school, I was a law clerk for the Lexington-Fayette Urban County Government (LFUCG) for approximately fifteen (15) months. The LFUCG is the governing body for the combined City-County government of the City of Lexington, KY and Fayette County, KY. At LFUCG I drafted, edited, and contributed to briefs,

memos, and policies concerning the government's public safety departments and pending 42 U.S.C. § 1983 ("Sec. 1983") cases.

8.

After graduating from law school in 2015, I began my legal career at a boutique criminal and family law firm. I remained there for approximately thirteen (13) months practicing law in a variety of areas including: family law, criminal law, contracts law, and discrimination/disability law. Upon leaving the small firm, in 2017, I began working at the City of Atlanta Department of Law. Since beginning my employment at the Department of Law, I have been intimately involved in multiple Sec. 1983 cases.

9.

My past litigation experience spans many practice areas including: small claims, dispossessories, traffic offenses, divorce and child custody, state-level misdemeanor and felony criminal defense, business litigation, premises liability, and personal injury. I have served as lead counsel in many of the cases that I have handled.

10.

I have litigated over twenty federal civil rights cases. The vast majority of

these cases arise under Section 1983, but include causes of action for malicious prosecution, false arrest, and other federal causes of action.

11.

Prior to this trial, I have served as co-counsel in one (1) previous federal jury trial, wherein I was responsible for various aspects of the presentation of the case to the jury:

a. *Croland v. Camille*, alleged Sec. 1983 false arrest and first amendment violations; defense verdict

12.

I have also handled cases in the Eleventh Circuit, Georgia Supreme Court, and Georgia Court of Appeals.

13.

I have served as a co-presenter on two (2) CLE seminars for litigation under 42 U.S.C. § 1983 specifically, the International Municipal Lawyers' Association (IMLA) Mid-Year Seminar (2021) and the City of Atlanta's Municipal Law Seminar (2022).

14.

Based upon my experience and qualifications, I am requesting an hourly rate

of $425. This rate is commensurate with fee awards in the Atlanta-area market for attorneys with comparable years of experience.

15.

In 2018, the City of Atlanta ("City") was the victim of a cyberattack. This cyberattack disabled several of the City's document management systems and held the documents contained within such systems hostage. To date, the previous document management system used by the City's Department of Law has not been reintegrated and time slips that were related to this case were not able to be captured in the system.

16.

Based upon the type of work done in this case from March 2018 – August 2020, I believe that approximately 300 additional hours of work were completed on this case. However, this information was not able to be integrated into a document management system due to the 2018 cyberattack.

17.

Since the implementation of the new document management system, I have kept contemporaneous time records throughout this litigation. As shown in the attached time records (Ex. A.), I billed my time contemporaneously and billed in increments of .25 hours.

18.

Based upon the foregoing, I am requesting attorney's fees for 441 hours of time spent on this case, a total fee of $187,425.

19.

I declare under penalty of perjury that the foregoing is true and correct.

This 7th day of April, 2022.

                                        **RESPECTFULLY SUBMITTED,**

                                        */s/ Staci J. Miller*
                                        **STACI J. MILLER**
                                        Attorney
                                        Georgia Bar No. 601594
                                        Phone: 404-546-4083
                                        Email: sjmiller@atlantaga.gov
                                        ***Attorneys for Defendants***

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTA POLICE DEPARTMENT )<br>OFFICERS VLADIMIR HENRY and )<br>JUAN RESTREPO, in their individual )<br>capacities, )<br>)<br>    Defendants. ) | Civil Action File No.<br>1:18-cv-01191-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing **DECLARATION OF STACI J. MILLER**, via the CM/ECF Electronic Filing System upon all counsel of record.

This 7th day of April, 2022.

                                          **RESPECTFULLY SUBMITTED,**

                                          */s/ Staci J. Miller*
                                          **STACI J. MILLER**
                                          Attorney
                                          Georgia Bar No. 601594
                                          Phone: 404-546-4083
                                          Email: sjmiller@atlantaga.gov
                                          *Attorneys for City Defendants*

**Advanced Time Slip Search**  Print  Save  Ex. A

| | Date | Time | Amount | Actual Time | Billable Time | Task | Activity | Reference | User | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| | 02/15/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/14/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/11/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/10/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/09/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/08/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial |
| | 02/07/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 02/04/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 02/03/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 02/02/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 02/01/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 01/31/2022 | 9:00 AM | $0.00 | | 8 Hour | Trial Preparation | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Trial Prep |
| | 01/03/2022 | 9:45 AM | $0.00 | | 15 Minutes | Draft Email/Correspondence | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Email Correspondence |
| | 01/03/2022 | 1:00 PM | $0.00 | | 2 Hours 45 Minutes | Attend Hearing | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - PTO Conference |
| | 12/31/2021 | 1:00 PM | $0.00 | | 3 Hour | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Review and Object to |
| | 12/31/2021 | 6:00 PM | $0.00 | | 1 Hour | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Review and Object to |
| | 12/30/2021 | 1:30 PM | $0.00 | | 1 Hour | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Final Edits and Review |
| | 12/30/2021 | 2:00 PM | $0.00 | | 3 Hour | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Officers' PTO Draft a |
| | 12/29/2021 | 10:30 AM | $0.00 | | 2 Hour | Draft Email/Correspondence | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Drafting MILs and Re |
| | 12/28/2021 | 10:00 AM | $0.00 | | 30 Minutes | Meeting - Internal | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Discussion re: Trial |
| | 12/28/2021 | 5:45 PM | $0.00 | | 1 Hours 30 Minutes | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - MIL Email Correspon |
| | 12/14/2021 | 3:30 PM | $0.00 | | 30 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Review Notice of Tria |
| | 11/12/2021 | 12:45 PM | $0.00 | | 15 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Review Order re: 11t |
| | 02/10/2021 | 7:30 AM | $0.00 | | 2 Hours 30 Minutes | File Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - File Review and Oral |
| | 02/10/2021 | 10:00 AM | $0.00 | | 30 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Debriefing Call w/ AN |
| | 02/09/2021 | 10:00 AM | $0.00 | | 1 Hour | Research | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Research on Case La |
| | 02/09/2021 | 11:00 AM | $0.00 | | 1 Hours 15 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Oral Argument Review |
| | 02/09/2021 | 1:30 PM | $0.00 | | 1 Hours 30 Minutes | Research | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Research and Docum |
| | 02/09/2021 | 3:00 PM | $0.00 | | 30 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Oral Argument Pre-T |
| | 02/09/2021 | 3:30 PM | $0.00 | | 30 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Oral Argument Prep |
| | 02/09/2021 | 5:30 PM | $0.00 | | 1 Hour | Meeting - Internal | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Oral Argument Review |
| | 02/08/2021 | 9:30 AM | $0.00 | | 15 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Doc Review for Oral |
| | 02/02/2021 | 9:45 AM | $0.00 | | 2 Hours 15 Minutes | File Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - File Review for Mock |
| | 02/02/2021 | 2:00 PM | $0.00 | | 1 Hour | File Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - File Review for Mock |
| | 02/02/2021 | 3:00 PM | $0.00 | | 1 Hours 15 Minutes | Meeting - Internal | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Mock Oral Argument |
| | 02/02/2021 | 4:15 PM | $0.00 | | 15 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Call w/ AMN re: Oral |
| | 02/01/2021 | 9:00 AM | $0.00 | | 15 Minutes | Draft Email/Correspondence | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Email Correspondence |
| | 02/01/2021 | 10:15 AM | $0.00 | | 45 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Meeting re: Mock Ora |
| | 01/12/2021 | 9:00 AM | $0.00 | | 30 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Appellee Supplement |
| | 01/12/2021 | 11:00 AM | $0.00 | | 15 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Call re: Supplementa |
| | 01/11/2021 | 9:30 AM | $0.00 | | 2 Hours 15 Minutes | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Drafting, Editing, and |
| | 01/11/2021 | 12:30 PM | $0.00 | | 2 Hours 30 Minutes | Draft/Edit/Revise Document | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Supplemental Brief D |
| | 01/08/2021 | 2:15 PM | $0.00 | | 1 Hour | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Case Review for Sup |
| | 01/08/2021 | 4:00 PM | $0.00 | | 2 Hours 15 Minutes | Research | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Research for Supplem |
| | 01/06/2021 | 4:30 PM | $0.00 | | 1 Hour | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Document Review fo |
| | 12/29/2020 | 9:30 AM | $0.00 | | 15 Minutes | File Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - File Review for Notic |
| | 12/28/2020 | 5:00 PM | $0.00 | | 45 Minutes | Research | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Research and Case F |
| | 12/14/2020 | 10:15 AM | $0.00 | | 15 Minutes | Document Review | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Calendar Acknowledg |
| | 11/24/2020 | 4:30 PM | $0.00 | | 30 Minutes | Draft Email/Correspondence | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Email Correspondence |
| | 11/23/2020 | 1:00 PM | $0.00 | | 30 Minutes | Meeting - Internal | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Call re: Issues of Cas |
| | 11/10/2020 | 5:15 PM | $0.00 | | 15 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Phone Call re: Oral A |
| | 10/06/2020 | 2:45 PM | $0.00 | | 15 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Call w/ JJS re: Discov |
| | 08/26/2020 | 5:15 PM | $0.00 | | 15 Minutes | Meeting - Internal | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Meeting w/ AMN re: |
| | 08/19/2020 | 3:00 PM | $0.00 | | 1 Hours 30 Minutes | Phone Call/Conference | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Call re: Oral Argumen |
| | 08/19/2020 | 5:00 PM | $0.00 | | 15 Minutes | Draft Email/Correspondence | | Goldring, Julius v. Vladimir Henry | Miller, Staci J | Goldring - Correspondence w/ A |

| Actual | Billable | Bill |
|---|---|---|
| 0 Minutes | 141 Hours 0 Minutes | $0.00 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>ATLANTA POLICE DEPARTMENT   )<br>OFFICERS VLADIMIR HENRY and   )<br>JUAN RESTREPO, in their individual   )<br>capacities,   )<br>   )<br>   Defendants.   ) | Civil Action File No.<br>1:18-cv-01191-WMR |

**DECLARATION OF ALISHA MARIE S. NAIR**

1.

My name is Alisha Marie S. Nair. I have served as counsel for the Defendants in this case since February 6, 2020. All matters within this declaration are based upon my personal knowledge.

2.

I am a member in good standing with the State Bar of Georgia. I am also a member in good standing with the Florida State Bar. I am admitted to practice in all Florida state courts, Georgia state courts, the Northern District of Georgia, and the Eleventh Circuit.

1

3.

In this case I have had primary drafting responsibility for the following documents: appeal reply and other documents in preparation for trial.

4.

I was responsible for oral argument in the Eleventh Circuit Court of Appeals.

5.

I served as counsel at trial and was responsible for the closing statement, the direct examination of Plaintiff, witness examinations, and other issues that arose during trial.

6.

I graduated from Hamline University School of Law in St. Paul, Minnesota in May 2010. Prior to law school, I received my undergraduate degree, Bachelor of Arts degree in Political Science, from Howard University in Washington, D.C. in May 2005.

7.

During law school, I was a judicial extern for United States District Court of Minnesota Chief Judge Michael J. Davis for one semester. I was also a judicial extern for United States District Court of Minnesota Magistrate Judge Jeffrey J. Keyes for one semester. During my externships, I was responsible for researching

and drafting Report and Recommendations. I also had the opportunity to observe various practitioners in trial.

8.

While in law school I also served as a student attorney for approximately two years at the Ramsey County Public Defender's Office. I was able to represent indigent clients accused of crimes ranging from juvenile offenses to felony offenses. I researched and wrote memorandums of law to supervising attorneys and prepared motions for court.

9.

After graduating from law school, I began my legal career as a public defender in Georgia state courts. I spent approximately six years as a state public defender before relocating to Florida as a Federal Defender. I tried thirty-eight jury trials and five bench trials as a state public defender as lead counsel. I tried thirteen federal criminal trials as lead counsel. My practice consisted of the defense of mainly of major felony and federal criminal offenses.

Upon relocating back to Georgia, I began working at the City of Atlanta Department of Law. Since beginning my employment at the Department of Law, I have been intimately involved in multiple 42 U.S.C. § 1983 litigation. I currently

3

serve as a managing attorney for the City of Atlanta, Department of Law Litigation Division.

10.

While serving as an attorney with the City of Atlanta, I have litigated and/or mediated approximately seven federal civil rights cases. The vast majority of these cases arise under Section 1983, but include causes of action for malicious prosecution, false arrest, and other federal causes of action.

11.

I have served as a trial consultant in one federal employment discrimination jury trial, wherein I was responsible for advising trial counsel on procedural and substantive matters.

12.

I have also handled and argued cases in the Eleventh Circuit and Georgia Court of Appeals including the following oral arguments: 19-13820; *Julius Goldring v. Vladimir Henry, et al., Appellants*, argued 2021-02-10; and 17-14976; *United States v. Anthony Spence, Appellant*, argued 2019-02-07.

13.

I authored two published articles: Alisha Marie S. Nair & Kevin Lineberger, *The Special Advocate*, 6 Stetson J. Advocacy & L. 121 (2019); and Alisha Marie S.

Nair, *Can the "Criminally Insane" Commit a Crime? The Supreme Court and Kahler v. Kansas*, A.B.A. Crim. Just., Spring 2020.

14.

I have served as a presenter for the University of Central Florida, Orlando Florida 2016-Present *"Forensic Chemistry and Criminal Defense"*- guest speaker for Introduction to Forensic Science Chemistry course. I also served as a co-presenter for the Paul C. Perkins Bar Association in Orlando, FL 2018 *"Federal Sentencing and Approaches to Arguing Mitigating and Aggravating Factors from the Perspective of the Defense and the Prosecution* as a guest speaker with the Honorable United States Magistrate Judge Embry J. Kidd.

15.

I am a Professor of Law for Mitchell/Hamline School of Law since 2020. I teach trial advocacy to second- and third-year law students.

16.

Based upon my experience and qualifications, I am requesting an hourly rate of $500. This rate is commensurate with fee awards in the Atlanta-area market for attorneys with comparable years of experience.

17.

In 2018, the City of Atlanta ("City") was the victim of a cyberattack. This cyberattack disabled several of the City's document management systems and held the documents contained within such systems hostage. To date, the previous document management system used by the City's Department of Law has not been reintegrated and time slips that were related to this case were not able to be captured in the system.

18.

Based upon the type of work done in this case from February 2020 – July 2020, I believe that approximately 100 additional hours of work were completed on this case. This includes becoming familiar with the entire case and writing the reply brief for the Eleventh Circuit Court of Appeals. However, this information was not able to be integrated into a document management system due to the 2018 cyberattack.

19.

Since the implementation of the new document management system, I have kept contemporaneous time records throughout this litigation. As shown in the attached time records (Ex. B.), I billed my time contemporaneously and billed in increments of .25 hours.

20.

Based upon the foregoing, I am requesting attorney's fees for 220.5 hours of time spent on this case at an hourly rate of $500 for a total fee of $110,250.

21.

I declare under penalty of perjury that the foregoing is true and correct.

This 7th day of April 2022.

**RESPECTFULLY SUBMITTED,**

*/s/ Alisha Marie S. Nair*
**ALISHA MARIE S. NAIR**
Attorney
Georgia Bar No. 806033
Phone: 404-859-5143
Email: amnair@atlantaga.gov
***Attorney for Defendants***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA MARIE GOLDRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No. |
| ) | 1:18-cv-01191-WMR |
| ATLANTA POLICE DEPARTMENT ) | |
| OFFICERS VLADIMIR HENRY and ) | |
| JUAN RESTREPO, in their individual ) | |
| capacities, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties with a copy of the foregoing **DECLARATION OF ALISHA MARIE S. NAIR**, via the CM/ECF Electronic Filing System upon all counsel of record.

This 7th day of April 2022.

**RESPECTFULLY SUBMITTED,**

*/s/ Alisha Marie S. Nair*
**ALISHA MARIE S. NAIR**
Attorney
Georgia Bar No. 806033
Phone: 404-859-5143
Email: amnair@atlantaga.gov
*Attorney for Defendants*

8

Ex. B

# Time Query Report Print

# Time Query Report

**Run Time:** 04/07/2022 9:44 PM
**Run For:** Nair, Alisha Marie S
**Time Slips:** 47

| Criteria Field | Criteria Value |
|---|---|
| Amount | Nair, Alisha Marie S |
| File Name: | Goldring |

| | Actual Hours | Actual Minutes | Billable Hours | Billable Minutes | Total Amount | File Name |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 3 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 45 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 45 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 45 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 2 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 2 | 45 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 3 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 4 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 4 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 8 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |

| | Actual Hours | Actual Minutes | Billable Hours | Billable Minutes | Total Amount | File Name |
|---|---|---|---|---|---|---|
| | 0 | 0 | 1 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 6 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 15 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 1 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 0 | 30 | $0.00 | Goldring, Julius v. Vladimir Henry |
| | 0 | 0 | 4 | 0 | $0.00 | Goldring, Julius v. Vladimir Henry |
| Totals: | 0 | 0 | 120 | 30 | $0.00 | |