UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Ju'Zema Marie Goldring,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Vladimir Henry,<br>Juan Restrepo,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:18-cv-01191-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, II, United States District Judge, for consideration of Attorney Fees, and the court having Granted said motion, it is

**Ordered and adjudged** that Plaintiff recover from Defendants in the amount of $608,715 as reasonable attorney's fees.

Dated at Atlanta, Georgia this 22nd day of July, 2022.

　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:  s/ T. Schoolcraft
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
July 22, 2022
Kevin P. Weimer
Clerk of Court


By:  s/ T. Schoolcraft
　　　Deputy Clerk