# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA GOLDRING, ) | |
| ) | |
| Plaintiff, ) | Civil Action |
| ) | File No. 1:18-cv-01191-WMR |
| v. ) | |
| ) | |
| VLADIMIR HENRY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S PETITION FOR ATTORNEY'S FEES PURSUANT TO ORDER GRANTING MOTION TO COMPEL

This Court granted Plaintiff's motion to compel on October 31, 2022, and directed Plaintiff to submit a complete fee petition within 7 days because the hours requested through July 28, 2022 did not include time spent preparing for the hearing on the motion to compel. *See* Doc. 213 at 6.

Plaintiff seeks a total of $19,680 in attorney fees. Plaintiff seeks fees for all time incurred in bringing her motion to compel including the drafting and filing of the motion, reply brief, preparing for and attending the hearing, reviewing documents produced on the eve of the hearing, preparing Plaintiff's proposed order, and preparing the instant fee petition.

Under Rule 37, the "[f]ailure to produce documents or individuals for deposition pursuant to motions to compel forms a sufficient basis for the award of attorney's fees. A basis for the reasonableness of the fees may be determined by analyzing the number of hours reasonably expended on the litigation multiplied by a reasonable hourly rate." *Action Marine, Inc. v. Cont'l Carbon, Inc.*, 243 F.R.D. 670, 686 (M.D. Ala. 2007) (awarding $120,945.59 in attorneys' fees sanction for work done by plaintiff's counsel necessitated by defendant's failure to produce documents in discovery) (internal citations omitted); *see also BMO Harris Bank, N.A. v. Richert Funding, LLC*, No. 1:15-CV-3886-AT, 2017 WL 11627485, at *14 (N.D. Ga. July 3, 2017) (in resolving issue of attorneys' fees in discovery dispute, holding that "BB&T is entitled to be compensated for a reasonable number of hours in preparing its request for fees").

Plaintiff relies on her earlier fee petition, *see generally* Doc. 155, and this Court's earlier order, *see* Doc. 200, as to the reasonableness of Plaintiff's counsel's requested hourly rates given their experience and the Atlanta legal market. Plaintiff's counsel's supplemental time entries since July 28, 2022 are set out in Exhibit 1.

Plaintiff's total requested hours, including the hours detailed in her July 28, 2022 filing are summarized below:

| Attorney | Total Hours | Hourly Rate | Total |
|---|---|---|---|
| Jeff Filipovits | 24.4 | $500 | $12,200 |
| Zack Greenamyre | 18.7 | $400 | $7,480 |
| | | | **$19,680** |

## CONCLUSION

Pursuant to the order granting Plaintiff's motion to compel, Defendant Henry should be sanctioned in the amount of $19,680, representing the fees Plaintiff incurred in litigating this motion.

Submitted this 7th day of November, 2022.

**Jeff Filipovits**
Georgia Bar No. 825553

Spears & Filipovits, LLC
315 W. Ponce de Leon Ave.
Decatur, GA 30030
404.905.2225
jeff@civil-rights.law

**Zack Greenamyre**
Georgia Bar No. 293002

Mitchell & Shapiro LLP
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
404.812.4751
zack@mitchellshapiro.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I certify that I served the foreign foregoing document by filing the same with the Clerk of using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

This 7th day of November, 2022.

                                              **Jeff Filipovits**
                                              Georgia Bar No. 825553
                                              Spears & Filipovits, LLC