<u>Exhibit 1</u>

*Goldring v. Henry, 1:18-cv-1191-WMR*

**Motion to Compel Attorney Hours**

| DATE | TIME | DESCRIPTION | ATTORNEY |
|---|---|---|---|
| 2022-05-20 | 0.1 | Email to opposing counsel asking when documents identified in responses will be supplied; need for verification of responses | JF |
| 2022-06-09 | 0.1 | Follow up email to opposing counsel re: discovery inadequate responses | JF |
| 2022-06-22 | 0.1 | Review of court standing order re: discovery disputes | JF |
| 2022-06-22 | 0.2 | Review of supplemental discovery production | JF |
| 2022-06-22 | 0.4 | Review deficient response to post-judgment discovery; discuss same with JF | ZG |
| 2022-06-23 | 0.9 | Drafting first summary of discovery dispute to initiate dispute procedure with court; email to ZG for review | JF |
| 2022-06-23 | 0.1 | Email to opposing counsel re: inadequate discovery response | JF |
| 2022-06-23 | 0.1 | Email to opposing counsel re: discovery production; confirming there will be no additional production; expressing intent to seek court intervention | JF |
| 2022-06-27 | 1 | Edits and additions to discovery dispute letter; confer with ZG re: specific documents that would be subject of dispute | JF |
| 2022-06-27 | 0.3 | Review discovery dispute email and make revisions | ZG |
| 2022-06-28 | 0.2 | Review of defendant's discovery dispute response | JF |
| 2022-06-28 | 0.6 | Review Henry response to motion to compel statement; emails with JF re: prioritizing outstanding documents | ZG |
| 2022-06-29 | 0.3 | Emails with JF re: motion to compel | ZG |
| 2022-07-03 | 2.4 | Drafting motion to compel discovery responses | JF |
| 2022-07-03 | 0.2 | Reviewing defendant discovery dispute response | JF |
| 2022-07-04 | 0.1 | Emails with JF about post judgment discovery motion to compel | ZG |
| 2022-07-05 | 2.1 | Revise and continue first draft of MTC discovery responses; emails with JF re: same | ZG |
| 2022-07-06 | 0.4 | Final minimal revisions to MTC, adding sections in waiver and non-compliance with standing order; emails with JF | ZG |
| 2022-07-06[1] | 1.3 | Drafting motion to compel discovery responses | JF |
| 2022-07-07 | 0.1 | Communicate with ZG re: need to amend motion to compel to include attorney time | JF |
| 2022-07-07 | 1.7 | Draft amended motion with explanation of amended and inclusion of fee request | JF |
| 2022-07-27 | 4.7 | Drafting reply brief in support of motion to compel | JF |

---

1   Amended. *See* Doc. 201 at 12 n.6.

| Date | Hours | Description | Attorney |
|---|---|---|---|
| 2022-07-28 | 2 | Drafting and editing reply brief in support of motion to compel | ZG |
| 2022-08-15 | 0.9 | review supplemental production from Henry; f/u with opp counsel and conversation with JF re: ongoing deficiencies for bank and other records | ZG |
| 2022-09-01 | 0.4 | discuss hearing on MTC with JF; review extant briefing | ZG |
| 2022-09-28 | 0.4 | discuss MTC hearing with JF; light prep for same | ZG |
| 2022-09-29 | 0.6 | calls with JF re: MTC hearing and prep | ZG |
| 2022-09-30 | 0.5 | MTC hearing prep and brainstorming with JF | ZG |
| 2022-10-01 | 0.5 | Review new document production; determine outstanding requests; | JF |
| 2022-10-01 | 1.1 | review Mitchell EOA and new production ahead of forthcoming MTC | ZG |
| 2022-10-02 | 2.3 | Prepare to conduct MTC hearing; prepare for cross-examination of Defendant | JF |
| 2022-10-02 | 2.2 | Finalize preparations for MTC hearing; reviewing newly produced materials | JF |
| 2022-10-03 | 3.5 | prepare for, attend, debrief of MTC hearing; discuss with client; drive client | ZG |
| 2022-10-03 | 2 | Attend MTC hearing | JF |
| 2022-10-04 | 0.3 | f/u with Mitchell re: production; discuss with JF | ZG |
| 2022-10-09 | 2 | Initial draft of proposed order granting motion to compel | JF |
| 2022-10-10 | 2.3 | prepare proposed order after hearing and discuss with JF | ZG |
| 2022-10-11 | 0.4 | review City's proposed order on MTC and discuss with JF | ZG |
| 2022-10-11 | .2 | Discuss City's proposed order with co-counsel, MTC and outstanding discovery issues | JF |
| 2022-10-31 | 0.8 | review order on MTC and review of transcript of MTC hearing; emails with JF re: same | ZG |
| 2022-11-07 | 1.3 | prepare attorneys' fees materials associated with MTC and emails with JF | ZG |
| 2022-11-07 | 1.1 | prepare supplement fee materials | JF |
| 2022-11-07 | .9 | Review, finalize, and file fee petition materials | JF |

I declare under penalty of perjury under the laws of the United States of America that the foregoing accurately represents the time I incurred bringing Plaintiff's motion to compel and handling the matter through the filing of this fee petition.

Executed November 7, 2022.

**<u>Jeff Filipovits</u>**
Jeff Filipovits
Georgia Bar No. 825553

**<u>Zack Greenamyre</u>**
Zack Greenamyre
Georgia Bar No. 293002