# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA GOLDRING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action File No |
| ) | 1:18-CV-01191-WMR |
| VLADIMIR HENRY, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW**, Staci J. Miller, Georgia Bar No. 601594, pursuant to Local Rule 83.1(E), and files this Motion to Withdraw as Counsel for Vladimir Henry in the above-captioned action. Thomas Mitchell will remain as counsel for Vladimir Henry. All future communications, notices, orders, and pleadings should include Thomas Mitchell. A proposed order granting the instant motion has been submitted herewith.

This the 8th day of November 2022.

                                                    **RESPECTFULLY SUBMITTED,**

                                                    */s/ Staci J. Miller*
                                                    **STACI J. MILLER**
                                                    Attorney
                                                    Georgia Bar No. 601594
                                                    sjmiller@atlantaga.gov
                                                    (404) 546-4083

*Counsel for Defendant*

**CITY OF ATLANTA LAW DEPARTMENT**
55 Trinity Avenue, SW, Suite 5000
Atlanta, GA 30303
(404) 546-4100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| JU'ZEMA GOLDRING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VLADIMIR HENRY, )<br>)<br>Defendant. ) | Civil Action File No<br>1:18-CV-01191-WMR |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel to this action with a copy of the foregoing ***MOTION TO WITHDRAW AS COUNSEL*** via the Court's CM/ECF Electronic Filing System as follows:

Jeffrey R. Filipovits, Esq
SPEARS & FILIPOVITS, LLC
1126 Ponce de Leon Ave.
Atlanta, GA 30306
jeff@civil-rights.law

Zack Greenamyre, Esq.
MITCHELL & SHAPIRO
3490 Piedmont Road, Suite 650
Atlanta, GA 30305
zack@mitchellshapiro.com

Respectfully submitted this 8th day of November 2022.

> */s/ Staci J. Miller*
> **STACI J. MILLER**
> Attorney
> Georgia Bar No. 601594
> sjmiller@atlantaga.gov
> (404) 546-4083
> ***Attorneys for Defendant***