# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 08, 2023

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 22-10643-CC
Case Style: Ju'Zema Goldring v. Vladimir Henry
District Court Docket No: 1:18-cv-01191-WMR

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information                  404-335-6100
New / Before Briefing Cases          404-335-6135
Cases in Briefing / After Opinion    404-335-6130
Cases Set for Oral Argument          404-335-6141
Capital Cases                        404-335-6200
Attorney Admissions                  404-335-6122
CM/ECF Help Desk                     404-335-6125

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10643-CC

_____

JU'ZEMA MARIE GOLDRING,

                              Plaintiff - Appellee,

versus

VLADIMIR HENRY,
Atlanta Police Department Officer,

                              Defendant - Appellant,

JUAN RESTREPO,
Atlanta Police Department Officers, in their
individual capacities,

                              Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Vladimir Henry is GRANTED by clerk [9861890-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective February 08, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                            FOR THE COURT - BY DIRECTION